LOÍZA SUGAR COMPANY, APELANTE, *v.* BAQUERO Y COMPAÑÍA, APELADA.

Corte de Distrito de San Juan, Sección Primera.

No. 2571.—Resuelto diciembre 15, 1921.

En el presente caso se solicitó la desestimación de la apelación contra resolución aprobatoria del memorándum de costas porque la apelante no presentó dentro de 10 días la

exposición del caso a la corte inferior ni solicitó prórroga. *Se resolvió:* que la falta de exposición del caso no es motivo para desestimar una apelación radicada en tiempo. El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.